**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., | No.  CV 10–4834 PA (SHx) |
| Petitioner, | JUDGMENT |
| v. | |
| BRIGHT IDEAS ENTERTAINMENT, LLC, | |
| Respondents. | |

In accordance with the Court's August 30, 2010 order granting petitioner Writers Guild of America West, Inc.'s ("Petitioner's")  Motion for Order Confirming Arbitration Opinion and Award for Entry of Judgment ,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Arbitration Award issued by arbitrator Thomas Christopher in Case No. 09-CO-039 on November 24, 2009, is confirmed in all respects;

2. Respondent Bright Ideas Entertainment, Inc. ("Respondent") shall pay Petitioner, on behalf of Elisia Paul Productions, Inc., f/s/o Jeff Stetson ("Stetson"), the balance of the unpaid compensation owed to Stetson, in the amount of $72,432.00;

3. Respondent shall pay Petitioner, on behalf of Stetson, the interest on late paid compensation, in the amount of $4,066.02;

4. Respondent shall pay interest on the unpaid compensation owed to Stetson, pursuant to Schedule A of the Arbitration Award, at the rate of 1.5% per month until all compensation is paid in full;

5. Respondent shall pay Petitioner, on behalf of Stetson, the unpaid contributions to the Writers Guild-Industry Health Fund ("Health Fund") and the Producers-Writers Guild of America Pension Plan ("Pension Plan"), in the amount of $17,005.02;

6. Respondent shall pay interest on the unpaid Health Fund and Pension Plan contributions, pursuant to Schedule A of the Arbitration Award, at the rate of 0.83% per month until all contributions are paid in full;

7. Respondent shall pay Petitioner its attorney's fees, in the amount of $1,250.00; and

8. Respondent shall pay for Petitioner's costs, in the amount of $350.00.

The Clerk is ordered to enter this Judgment.

DATED: August 30, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE